**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
OFFICE OF THE CLERK
www.miwd.uscourts.gov

*Providing quality service in the support of justice.*

| | | | |
|---|---|---|---|
| *399 Federal Bldg.* | *107 Federal Bldg.* | *113 Federal Bldg.* | *330 Federal Bldg.* |
| *110 Michigan St., NW* | *410 W Michigan Ave.* | *315 W Allegan St.* | *202 W Washington St.* |
| *Grand Rapids, MI 49503* | *Kalamazoo, MI 49007* | *Lansing, MI 48933* | *Marquette, MI 49855* |
| *(616) 456-2381* | *(269) 337-5706* | *(517) 377-1559* | *(906) 226-2021* |

# CERTIFICATE OF GOOD STANDING

I, Thomas L. Dorwin, Clerk of the United States District Court for the Western District of Michigan, do hereby certify that

## THOMAS P. BRANIGAN

was duly admitted to practice in said Court on April 22, 1991 and is in good standing as a member of the bar of said Court.

Thomas L. Dorwin, Clerk of Court

Dated at Grand Rapids,
Michigan, on January 21, 2022

By: _____
Deputy Clerk