1  ELISE R. SANGUINETTI, SBN 191389
   JAMIE G. GOLDSTEIN, SBN 302479
2  ARIAS SANGUINETTI WANG & TORRIJOS, LLP
   2200 Powell Street, Ste 740
3  Emeryville, CA 94608
   Telephone: (510) 629-4877
4  Facsimile: (510) 291-9742

5  NICOLE L. JUDGE (JU005 – AL)
   SLAVIK LAW FIRM, LLC
6  3001 South Lincoln Avenue
   Suite C-1
7  Steamboat Springs, CO 80487
   Telephone: (970) 457-1011
8  Facsimile: (267) 878-7697
   Pro Hac Vice Pending

9
   *Attorneys for Plaintiffs*
10

11                  IN THE UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                          SAN JOSE DIVISION

14
   DERRICK MONET, Individually and as the      )  CASE NO. 5:22-cv-00681-EJD
15 Personal Representative of the Estate of JENNA )
   MONET, deceased                             )  **APPLICATION FOR PRO HAC VICE**
16                                             )  **ADMISSION OF ATTORNEY DONALD**
   Plaintiff,                                  )  **H. SLAVIK AND ORDER**
17                                             )  (CIVIL LOCAL RULE 11-3)
   v.                                          )
18                                             )
   TESLA, INC., and DOES 1 through 100,        )
19 Inclusive,                                  )
                        Defendants.            )
20 _____

21

22      I, Donald H. Slavik, an active member in good standing of the bar of the State of Colorado,

23 hereby respectfully apply for admission to practice pro hac vice in the Northern District of California

24                                          1

25 _____
   **APPLICATION FOR PRO HAC VICE ADMISSION OF ATTORNEY DONALD H. SLAVIK AND ORDER (CIVIL LOCAL RULE 11-3)**

26

representing Plaintiff Derrick Monet in the above-entitled action. My local co-counsel in this case is

Elise R. Sanguinetti, an attorney who is a member of the bar of this Court in good standing who

maintains an office within the State of California. My local co-counsel Elise Sanguinetti's bar number is

191389.

    Contact information for myself and local co-counsel are as follows:

| Donald H. Slavik (Colorado SBN 33860) | Elise R. Sanguinetti (California SBN 191389) |
|---|---|
| Slavik Law Firm, LLC | Arias Sanguinetti Wang & Torrijos, LLP |
| 3001 South Lincoln Avenue, Ste C-1 | 2200 Powell Street, Ste 740 |
| Steamboat Springs, CO 80487 | Emeryville, CA 94608 |
| Tel: (970)457-1011 | Tel: (510)629-4877 |
| Fax: (267)878-7697 | Fax: (510)291-9742 |
| Email: dslavik@slavik.us | Email: Elise@aswtlawyers.com |

    I am an active member in good standing of a United States Court or of the highest Court of

another State or the District of Colombia, as indicated above; my bar number is Colorado state bar no.

33860.

    A true and correct copy of a certificate of good standing or equivalent official document from

said bar is attached to this application as Exhibit A.

    I have been granted pro hac vice admission by the Court zero (0) times in the 12 months

preceding this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the

Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I

declare under penalty of perjury that the foregoing is true and correct.


Date:  March 1, 2022

                        Donald H. Slavik
                        *Applicant*

APPLICATION FOR PRO HAC VICE ADMISSION OF ATTORNEY DONALD H. SLAVIK AND ORDER (CIVIL LOCAL RULE 11-3)

# EXHIBIT A



**STATE OF COLORADO, ss:**

I, ___**Cheryl Stevens**__, *Clerk of the Supreme Court of the State of Colorado, do hereby certify that*

_____**DONALD HARLAN SLAVIK**_____

*has been duly licensed and admitted to practice as an*

## ATTORNEY AND COUNSELOR AT LAW

*within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the ___**16th**___ day of__**August**_____ A.D. __**2002**__ and that at the date hereof the said ___**DONALD HARLAN SLAVIK**_____ is in good standing at this Bar.*



IN WITNESS WHEREOF, *I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this* __**4th**_____ *day of*_____**March**_____ A.D **2022**

_____ ***Cheryl Stevens***

Clerk

By _____

Deputy Clerk

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Donald H. Slavik is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communications with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

3