UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DERRICK MONET,<br><br>    Plaintiff,<br><br>v.<br><br>TESLA, INC.,<br><br>    Defendant. | Case No. 5:22-cv-00681-EJD<br><br>**ORDER GRANTING IN PART MOTION TO STAY DISCOVERY AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 26 |

Defendant Tesla, Inc. ("Tesla") removed this action to federal court on February 2, 2022. Dkt. No. 1. On February 7, 2022, Plaintiff Derrick Monet moved to remand the action. Dkt. No. 10. Following reassignment of this action to the undersigned, an initial case management conference was set for July 28, 2022. Dkt. No. 20.

On April 13, 2022, Monet filed a motion to stay the action pending resolution of the motion to remand. Dkt. No. 26. Tesla does not oppose. *See* Dkt. No. 27 ¶ 2.

The Court GRANTS IN PART the motion to stay as it pertains to discovery. The July 28, 2022 case management conference is CONTINUED to **September 29, 2022**. The parties shall file a joint case management statement by **September 19, 2022**.

**IT IS SO ORDERED.**

Dated: April 28, 2022

EDWARD J. DAVILA
United States District Judge

Case No.: 5:22-cv-00681-EJD
ORDER GRANTING IN PART MOT. TO STAY DISC. AND CONTINUING CMC
1