Jonathan A. Michaels, Esq. – State Bar No. 180455
(jmichaels@defectattorney.com)
Carol Baidas, Esq. – State Bar No. 263036
(cbaidas@defectattorney.com)
Iman Sorat, Esq. – State Bar No. 275988
(isorat@defectattorney.com)
**MLG ATTORNEYS AT LAW, APLC**
600 Anton Blvd., Suite 1200
Costa Mesa, CA 92626
T. (949) 581-6900
F. (949) 581-6908

NICOLE L. JUDGE (JU005 – AL)
SLAVIK LAW FIRM, LLC
3001 South Lincoln Avenue
Suite C-1
Steamboat Springs, CO 80487
Telephone: (970) 457-1011
Facsimile: (267) 878-7697

Attorneys for Plaintiff Derrick Monet
Individually and as the Personal Representative
of the Estate of JENNA MONET

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| DERRICK MONET, Individually and as the Personal Representative of the Estate of JENNA MONET, deceased,<br><br>                Plaintiffs,<br><br>        v.<br><br>TESLA, INC., and DOES 1 through 100, Inclusive,<br><br>                Defendants. | Case No.: 5:22-cv-00681<br><br>Assigned for all Purposes to:<br>Hon. Judge Edward J. Davilla<br>Hon Magistrate Judge Nathaniel M. Cousins<br><br>**NOTICE OF CHANGE OF SPONSORING LOCAL ATTORNEY**<br><br>Date Filed:    February 2, 2022<br>Trial Date:    None Set |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Jonathan Michaels of MLG ATTORNEYS AT LAW, APLC, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California, will hereby serve as sponsoring counsel to Donald H. Slavik.  Ms. Elise Sanguinetti will no longer serve as sponsoring counsel for Donald H. Slavik.

                                                    MLG ATTORNEYS AT LAW, APLC

Dated:  March 14, 2024                    By: _____
                                                    Jonathan A. Michaels, Esq.
                                                    Carol Baidas, Esq.
                                                    Attorneys for Plaintiffs,
                                                    Derrick Monet, individually and as the Personal Representative of the Estate of Jenna Monet, deceased.