1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

I hereby certify under penalty of perjury that on this 14th day of March, 2024, I served a copy of the foregoing:

- **NOTICE OF CHANGE OF SPONSORING LOCAL ATTORNEY**

on the interested parties in this action by electronic mail to the e-mail addresses listed herein:

| | |
|---|---|
| Neil M. Kliebenstein, Esq. (#226060) **Bowman and Brooke LLP** 1741 Technology Drive, Suite 200 San Jose, CA 95110-1364 Telephone: (408) 279-5393 Facsimile: (408) 279-5845 Neil.kliebenstein@bowmanandbrooke.com | Thomas P. Branigan, Esq. Thomas N. Lurie, Esq. **Bowman and Brooke LLP** 4100 Woodward Avenue Suite 200 East Bloomfield Hills, MI 48304-1364 Telephone: (248) 205-3300 Facsimile: (248) 205-3399 Thomas.branigan@bowmanandbrooke.com Thomas.lurie@bowmanandbrooke.com |
| *Attorney for Defendant* | *Attorney for Defendant Admitted Pro Hac Vice* |

/s/ Michelle Garcia

1